IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CV-48-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WARREN'S PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| A 2013 CHEVROLET CAMARO, | ) |
| VIN: 2G1FK1EJ0D9236843, | ) |
| | ) |
| Defendant. | ) |

---

## DEFAULT

---

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 1st day of August, 2016.

*/s/ Julie Richards Johnston*
JULIE RICHARDS JOHNSTON, Clerk
U. S. District Court
Eastern District of North Carolina